E-FILED
Wednesday, 07 September, 2016 12:48:11 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TAMARION LASHONDA COLLINS,<br>  Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br>  Defendant. | Case No. 15-1476-JEH |

## Order and Opinion

This matter is now before the Court on the parties' Joint Motion for Remand (Doc. 17). In their Motion, the parties jointly request that the Court reverse this case and remand for further proceedings pursuant to sentence four of 42 USC § 405(g), which authorizes the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 USC § 405(g). The parties stipulate that upon remand, the Administrative Law Judge reconsider Plaintiff's residual functional capacity; offer the claimant an opportunity to attend a *de novo* hearing; if warranted, obtain additional vocational expert testimony; and issue a new decision.

The Court finds the request for remand appropriate and so the joint Motion to Remand (Doc. 17) is GRANTED. The Motion for Summary Judgment (Doc. 12) is found to be moot. Accordingly, the Commissioner's decision in this matter is REVERSED and the case is

REMANDED to the Commissioner for a new hearing pursuant to the fourth sentence of 42 USC § 405(g). The Clerk's Office is hereby directed to enter Judgment in favor of the Plaintiff and against the Defendant. This matter is now terminated.

    Entered on September 7, 2016

                                      s/ Jonathan E. Hawley
                                      U.S. Magistrate Judge